IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIKKI KOSMOSKI | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO.  08-CV-1555 |
| EXPRESS TIMES NEWSPAPER | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 19th day of August, 2009, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 15), Defendant's Errata to its Brief in Support of its Motion for Summary Judgment (Doc. No. 16), Plaintiff's Rule 56(f) Affidavit in Opposition to Defendant's Motion for Summary Judgment (Doc. No. 18), Defendant's Memorandum of Law in Response to Plaintiff's Rule 56(f) Affidavit (Doc. No. 22), Plaintiff's Sur-reply in Opposition to Defendant's Motion for Summary Judgment (Doc. No. 23), and Defendant's Motion in Limine to Exclude Evidence (Doc. No. 14), IT IS HEREBY ORDERED as follows:

1.	Plaintiff's Rule 56(f) Affidavit in Opposition to Defendant's Motion for Summary Judgment (Doc. No. 18), which will be construed as a motion to extend discovery, is GRANTED.  An Amended Scheduling Order will be docketed;

2.	Defendant's Motion for Summary Judgment (Doc. No. 15) is DENIED WITHOUT PREJUDICE WITH LEAVE TO RENEW by the date set forth in the Court's forthcoming Amended Scheduling Order; and

3.	Defendant's Motion in Limine (Doc. No. 14) is DENIED WITHOUT PREJUDICE WITH LEAVE TO RENEW by the date set forth in the Court's forthcoming Amended Scheduling

Order.

BY THE COURT:


*/s/ Thomas M. Golden*
THOMAS M. GOLDEN, J.